UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VIOLET C. MURRAY,

        Plaintiff,

Case No. 1:04-CV-514

v.

Hon. Marianne O. Battani[*]

UNITED STATES POSTAL SERVICE,

**JUDGMENT**

        Defendant.
_____/

      In accordance with the Court's Opinion of this date;

      **IT IS HEREBY ORDERED** that Defendant United States Postal Service's Motion for Summary Judgment (Dkt. 93) is **GRANTED**.

      **IT IS FURTHER ORDERED** that Judgment is entered in favor of Defendant United States Postal Service and against Plaintiff Violet C. Murray as to all claims brought.

      This is a final "Judgment" within the meaning of Federal Rule of Civil Procedure 54(a).


Dated: April 5, 2006

      /s/Marianne O. Battani
      Hon. Marianne O. Battani
      United States District Judge

---

[*]United States District Judge for the Eastern District of Michigan sitting as visiting judge.